```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re                                         :
                                              :        Case No. 01 B 16034 (AJG)
        ENRON CORP., et al.,                  :        (Jointly Administered)
                                              :        (Chapter 11)
                        Debtors.              :
-------------------------------------------------------X
```

## APPOINTMENT OF EMPLOYMENT-RELATED ISSUES COMMITTEE

      Pursuant to Section 1102(a) and 1102(b) of the Bankruptcy Code, and effective March 27, 2002, the following former employees and plan fiduciary of the above-captioned debtors who are willing to serve are appointed to the Employment-Related Issues Committee, for the purpose of investigating the issues relating to: (1) the continuation of health or other benefits for former employees of the Debtors; (2) the investigation of claims uniquely held by employees, as such, against the Debtors; (3) the treatment of employees' claims under any plan(s) of reorganization or liquidation; (4) possible Warn Act violations by the Debtors in discharging employees; (5) possible violation by the Debtors of state labor laws and certain provisions of ERISA; and (6) dissemination of non-confidential information relating to items (1) through (5) hereof to employees, former employees, or groups thereof:

1.     Michael P. Moran, Esq.
           mpmoran@aol.com

2.     Mr. Richard D. Rathvon
           rrathvon4@houston.rr.com

3.     Ms. Diana S. Peters
           computer_girl50@hotmail.com

4.     Christie Patrick, Esq.
           1922 West Bell
           Houston, TX 77019
           (713) 522-4577

5. State Street Bank and Trust Company, in its capacity as special fiduciary
for certain Enron plans[1]
Independent Fiduciary Services Department
2 International Place
Boston, MA 02110
Attention: Ms. Monet Ewing
monet_ewing@ssga.com

Dated: New York, New York
March 27, 2002

                                      CAROLYN S. SCHWARTZ
                                      UNITED STATES TRUSTEE

By: /s/ Mary Elizabeth Tom
      Mary Elizabeth Tom (MET 3909)
      Assistant United States Trustee

      33 Whitehall Street, 21st Floor
      New York, New York 10004
      Tel. No. (212) 510-0500

---

[1] The Debtors' application for approval of State Street Bank and Trust Company ("State Street") as special fiduciary for certain Enron plans will be heard by the U.S. Bankruptcy Court on April 2, 2002. The appointment of State Street to the Employment-Related Issues Committee assumes the application will be granted.