NUTTER MCCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
Telephone: (617) 439-2000
Facsimile: (617) 310-9000
Peter Nils Baylor, Esq. (PB 5248)

ATTORNEYS FOR STATE STREET BANK AND TRUST COMPANY
  AS THE INDEPENDENT FIDUCIARY

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                          :
In re                                     :        **Chapter 11**
                                          :
**ENRON CORP., ET AL.,**                  :        **Case No.01-16034 (AJG)**
                                          :
                                          :        **Jointly Administered**
                          **Debtors.**    :
------------------------------------------------------------x


### NOTICE OF AGREEMENT OF INDEPENDENT FIDUCIARY AND SAVINGS PLAN TRUSTEE TO BE BOUND BY THE TERMS AND PROVISIONS OF THE STIPULATION AND ORDER RESOLVING MOTION REGARDING CONVERSION OF PREFERRED SHARES TO ENRON CORP. COMMON SHARES

State Street Bank and Trust Company ("State Street") files this Notice of Agreement not in its individual capacity but solely in its capacity as the independent fiduciary (the "Independent Fiduciary") for the Enron Corp. Savings Plan (the "Savings Plan").[1]

The Independent Fiduciary serves as such pursuant to that certain Fiduciary Services Agreement between State Street and Enron Corp. dated March 14, 2002, as amended by Amendment No. 1 dated April 17, 2002, and approved by this Court by order entered April 19, 2002 (as so amended and approved, the "FSA").

---

[1] Effective September 1, 2002, the Enron Corp. Employee Stock Ownership Plan (the "ESOP") was merged into the Savings Plan.

Wilmington Trust Company, not in its individual capacity but solely as the trustee of the Trust of the Savings Plan, hereby joins in this Notice of Agreement pursuant to the direction of the Independent Fiduciary provided pursuant to the FSA.

Reference is made to the "Stipulation and Order Resolving Motion Regarding Conversion of Preferred Shares to Enron Corp. Common Shares" by and among Enron Corp. and the Kieckhefer, Morris, and Polk Family Trusts (the "Kieckhefer Stipulation and Order"). The Kieckhefer Stipulation and Order thereon was entered December 16, 2002 (Docket No. 8381).

The Trust of the Savings Plan is the holder of 70,000 shares of Enron Corp. Cumulative Second Preferred Convertible Stock (the "Preferred Stock"). The Independent Fiduciary wishes to have the Savings Plan convert the Preferred Stock into Enron Corp. common stock.

Notice is hereby given, pursuant to paragraph 12 of the Kieckhefer Stipulation and Order, that the undersigned hereby agree to be bound by the terms and provisions contained therein.

[remainder of page intentionally blank]

While the Kieckhefer Stipulation and Order appears to be self-executing, the undersigned reserve the right to move before this Court for any relief either may need in order to effect such conversion in a timely manner.

Respectfully submitted,

WILMINGTON TRUST COMPANY,
  not in its individual capacity but solely
  as the Trustee of the Trust of the
  Enron Corp. Savings Plan

STATE STREET BANK AND TRUST
  COMPANY, not in its individual capacity
  but solely as the Independent Fiduciary
  for the Enron Corp. Savings Plan

By its attorneys,

/s/  Cynthia L. Corliss
Cynthia L. Corliss, Vice President and Counsel
Wilmington Trust Company
1100 North Market Street
Wilmington, DE 19890
Telephone: 302-651-8516

/s/  Peter Nils Baylor
Peter Nils Baylor
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
Telephone:  617-439-2390
Fax:  617-310-9390

Dated:    January 31, 2003
          Boston, Massachusetts

No. 01-16034 (AJG)

**CERTIFICATE OF SERVICE**

I, Peter Nils Baylor, hereby certify that I caused a copy of the foregoing NOTICE OF AGREEMENT OF INDEPENDENT FIDUCIARY AND SAVINGS PLAN TRUSTEE TO BE BOUND BY THE TERMS AND PROVISIONS OF THE STIPULATION AND ORDER RESOLVING MOTION REGARDING CONVERSION OF PREFERRED SHARES TO ENRON CORP. COMMON SHARES to be served by first class mail, postage pre-paid, this 2nd day of February, 2003, upon the addresses listed on Exhibit A attached hereto and via electronic mail to the persons on the ECF service list as of the date hereof.

/s/ Peter Nils Baylor
Peter Nils Baylor
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
Telephone: 617-439-2390
Fax: 617-310-9390

# Exhibit A

Securities and Exchange Commission
Bankruptcy Section
500 Madison, Suite 1400
Chicago, IL 60661

Special Procedures Branch
Internal Revenue Service
Attn: District Director
290 Broadway
New York, NY 10007

Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Attn: Luc A. Despins
　　　Dennis F. Dunne
　　　Wilbur F. Foster, Jr.

The Attorney General of the United States
10th and Constitution Avenue, N.W.
Washington, DC 20530

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Mary Elizabeth Tom
　　　Greg M. Zipes, Esq.

United States Securities and Exchange Commission
233 Broadway, 13th Floor
New York, NY 10279
Attn: Alistaire Bambach, Esq.
　　　Neal R. Jacobson

United States Department of Transportation
Research and Special Programs Administration
Chief Counsel Office
400 7th Street, S.W.
Washington, DC 20590
Attn: Michelle Bouziane

United States Bankruptcy Court
Southern District of New York
Chambers of the Hon. Arthur J. Gonzalez
C/o Room 534
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004

United States Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, DC 20001
Attn: Michael A. Berman, Esq.

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn: Donald S. Bernstein, Esq.
Marshall S. Huebner, Esq.

Enron Corp.
1400 Smith Street
Houston, TX 77002
Attn: Legal Department

Togut Segal & Segal
One Penn Plaza
New York, NY 10119
Attn: Albert Togut

Shearman & Sterling
599 Lexington Avenue
New York, NY 10022-6069
Attn: Donald P. Bartner, Esq.
Frederic Sosnick, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Brian S. Rosen

Department of Justice
1515 SW Fifth Avenue, Suite 410
Portland, OR 97201
Attn: Mary Lou Haas

Minerals Management Service
Minerals Revenue Management
Office of Enforcement
P.O. Box 25165, Mail Stop 370B2
Denver, CO 80225
Attn: Cherry M. Mallard

Louisiana-Pacific Corporation
P.O. Box 400-98
North 13403 Government Way
Hayden Lake, ID 83835-4000
Attn: Bruce J. Iddlings/Corporate Credit Manager

Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022
Attn: Arthur Steinberg

Kronish Lieb Weiner & Hellman, LLP
1114 Avenue of the Americas
New York, NY 10036
Attn: James A. Beldner
        Ronald R. Sussman

Squire Sanders & Dempsey LLP
312 Walnut Street, Suite 3500
Cincinnati, OH 45202
Attn: Stephen D. Lerner

Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309
Attn: Dennis J. Connolly

Craig W. Christensen
414 South Garfield
P.O. Box 130
Pocatello, Idaho 83204-0130

Assistant Attorney General
Department of Attorney General
Revenue Division
Attn: Peggy A. Housner
First Floor, Treasury Building
Lansing, MI 48922

Joan Kennerly
Irving City Attorney's Office
825 West Irving Boulevard
Irving, Texas 75060

Tally F. Parker
Parker & Marks, P.C.
Suite 209
1333 Corporate Drive
Irving, Texas 75038

United States Attorney
100 Church Street, 195h Floor
New York, NY  10007
Attn:  Neil S. Binder, Esq.
        Mary Jo White, Esq..

Patricia A. Madrid
Attorney General of the State of New Mexico
111 Lomas NW, Suite 300
Albuquerque, NM 87102-2368

State Street Bank
Independent Fiduciary Services Department
2 International Place
Boston, MA  02110
Attn:  Ms. Monet Ewing

Christie Patrick, Esq.
1922 West Bell
Houston, TX  77019

Kevin M. Newman, Esq.
Menter, Rudin & Trivelpiece, P.C.
500 Salina Street, Suite 500
Syracuse, NY  13202

Joshua W. Cohen, Esq.
Cummings & Lockwood LLC
700 State Street
P.O. Box 1960
New Haven, CT  06509-1960

Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, D.C.  20037-1420
Attn:  Craig Goldblatt, Esq.
Joel Millar, Esq.

Corporation Counsel
  of the City of New York
Michael A. Cardozo
100 Church St., Room 6-128
New York, NY  10007
Attn:  Kathleen J. Cahill

Arter & Hadden LLP
One Columbus
10 West Broad Street
Columbus, OH  43215-3418
Attn:  Dan A. Bailey, Esq.

Scarcella Rosen & Slome, LLP
229 Seventh Street
Garden City, NY  11530
Attn:  Louis A. Scarcella, Esq.

Robin C. Gibbs
Kathy D. Patrick
Gibbs & Bruns, L.L.P.
1100 Louisiana, Suite 5300
Houston, TX  77002

William F. McCarthy
Randall W. Bodner
Gregory O. Kaden
Peter L. Welsh
Ropes & Gray
One International Place
Boston, MA  02110-2624

O. Gerald Fields
Tulare County Treasurer/Tax Collector
County Civic Center, Room 104-E
Visalia, CA  93291-4593

Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY  10022
Attn:  Jeffrey S. Sabin, Esq.
       Howard Godnick, Esq.
       Alix S. Putilnik, Esq.
       David M. Hillman, Esq.
       Michael L. Cook, Esq.

Janice B. Grubin
Andrea B. Schwartz
GOLENBOCK, EISEMAN, ASSOR,
  BELL & PESKOE
437 Madison Avenue
New York, NY  10022

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104-0012
Attn:  James E. Johnson

John P. McCahey, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  1002

Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103
Attn:  Lorraine S. McGowen, Esq.

Robert B. Eyre, Esq.
Buchanan Ingersoll Professional Corp.
11 Penn Center, 14th Fl.
1835 Market Street
Philadelphia, PA  19103

Arter & Hadden LLP
1801 K Street, NW  300L
Washington, DC  20006
Attn:  Michael R. Goodstein, Esq.

Nine Energy Services, LLC
28380 River Birch Drive
Sugar Land, TX  77479
Attn:  Mr. Anthony B. Sykes

1187339.2