William L. O'Connor, Atty No. #14925-22
Jo Ann H. Mason, Atty No. #11627-71
DANN PECAR NEWMAN & KLEIMAN, P.C.
2300 One American Square
Box 82008
Indianapolis, IN   46282
Telephone:    (317) 632-3232
Facsimile:    (317) 632-2962

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: ) | |
| ) | Chapter No. 11 |
| ENRON CORP., et al., ) | |
| ) | Case No. 01-16034 (AJG) |
| Debtors. ) | (Jointly Administered) |
| ) | |

**AGREED ENTRY TO EXTEND DEADLINE
FOR COMPLIANCE WITH COURT ORDER
REGARDING THE MOTION OF THE
COMMITTEE OF UNSECURED CREDITORS OF HEARTLAND STEEL, INC.
FOR RELIEF FROM THE AUTOMATIC STAY**

The Official Committee of Unsecured Creditors of Heartland Steel, Inc. (the "Committee"), by counsel, and Enron Corp. ("Enron"), by counsel, hereby file their agreed entry to extend timeframes for compliance with this Court's Order regarding the Committee's motion for relief from the automatic stay:

1.    Heartland Steel, Inc. ("HSI") is a Chapter 11 debtor in a bankruptcy case pending in the United States Bankruptcy Court for the Southern District of Indiana.

2.    Pursuant to the "Order Confirming the Modification to First Amended Plan of Reorganization Dated December 3, 2001" (the "Plan"), the Committee is authorized to prosecute certain actions against third parties and object to certain claims on behalf of HSI. Enron is

among those third parties against whom the Committee was authorized to prosecute these actions.

3. Enron invested $15,000,000 in the Debtor and also held a $15,000,000 subordinated note of the Debtor (the "Enron Note"). Enron filed an unsecured claim in the sum of $18,542,536.52 against the Debtor in the Bankruptcy Case, which is docketed as Claim Number 186 by the Bankruptcy Court (the "Enron Claim").

4. On December 2, 2001, Enron filed for protection under Chapter 11 of the Bankruptcy Code in the Southern District of Indiana.

5. On January 25, 2002, the Committee filed an objection to the Enron claim that sought to subordinate payment of the Enron claim to that of the trade debt. The Committee's Objection reserved the right to amend the objection and the right to file a counterclaim against Enron (the "Committee's Objection").

6. On May 27, 2002, the Committee initiated this adversary proceeding against Enron and several other defendants alleging the defendants breached their fiduciary duty to the Debtor and unjustly enriched themselves at the expense of the Debtor. The adversary proceedings sought both monetary damages from and a subordination of the claims of the Defendants listed therein.

7. On or about June 6, 2002, the Committee filed its motion for relief from the automatic stay notifying the Court and Enron of its intentions to proceed with litigation against the debtor in the adversary proceeding.

8. On or about January 13, 2003, issued the Order denying the Committee's relief from the automatic stay, directed the Committee to desist in the action that may be violative of the automatic stay and gave the Committee through February 10, 2003 to request appropriate

relief to annul the automatic stay. The Order further directed the Committee to dismiss the balance of the remaining counts against Enron if it failed to seek annulment of the automatic stay.

9. Through further discussions between counsel for Enron and the Committee, it appears that the parties may be close to a resolution of this matter. However, additional time is needed to work out certain details.

10. The Committee and Enron agreed to extend the timeframe, subject to this Court's approval, within which the Committee must respond to this Court's January 13, 2003 Order through and including February 24, 2003.

11. In the interim, the Committee agrees that it will not take any action violative of the automatic stay in the pending adversary proceeding.

12. In the interim, Enron agrees, subject to the Court's approval, that the Committee will not be required to comply with this Court's Order of January 13, 2003 until February 24, 2003.

So agreed, this 7th day of February, 2003.

                            DANN PECAR NEWMAN & KLEIMAN
                            Professional Corporation

               By:    /s/ William L. O'Connor
                        William L. O'Connor, #14925-22
                        Attorneys for Official Committee of
                        Unsecured Creditors of Heartland Steel, Inc.

DANN PECAR NEWMAN & KLEIMAN, P.C.
2300 One American Square
Box 82008
Indianapolis, IN   46282
(317) 632-3232

WEIL, GOTSHAL & MANGES

            By:    /s/Steven Loden
                       Steven Loden, Attorneys for Enron Corp.

WEIL, GOTSHAL & MANGES
700 Louisiana, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5392