William L. O'Connor, Atty No. #14925-22
Jo Ann H. Mason, Atty No. #11627-71
DANN PECAR NEWMAN & KLEIMAN, P.C.
2300 One American Square
Box 82008
Indianapolis, IN   46282
Telephone:    (317) 632-3232
Facsimile:     (317) 632-2962

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter No. 11 |
| ENRON CORP., et al., | ) | |
| | ) | Case No. 01-16034 (AJG) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF COMPLIANCE WITH COURT ORDER
REGARDING THE MOTION OF THE
COMMITTEE OF UNSECURED CREDITORS OF HEARTLAND STEEL, INC.
FOR RELIEF FROM THE AUTOMATIC STAY**

The Official Committee of Unsecured Creditors of Heartland Steel, Inc. (the "Committee"), by counsel, hereby files their notice of compliance with this Court's Order regarding the Committee's motion for relief from the automatic stay and state:

1. Heartland Steel, Inc. ("HSI") is a Chapter 11 debtor in a bankruptcy case pending in the United States Bankruptcy Court for the Southern District of Indiana.

2. Pursuant to the "Order Confirming the Modification to First Amended Plan of Reorganization Dated December 3, 2001" (the "Plan"), the Committee is authorized to prosecute certain actions against third parties and object to certain claims on behalf of HSI.  Enron was among those third parties against whom the Committee was authorized to prosecute these actions.

3. On or about January 13, 2003, issued the Order denying the Committee's relief from the automatic stay, directed the Committee to desist in the action that may be violative of the automatic stay and gave the Committee through February 10, 2003 to request appropriate relief to annul the automatic stay. The Order further directed the Committee to dismiss the balance of the remaining counts against Enron if it failed to seek annulment of the automatic stay.

4. Through further discussions between counsel for Enron and the Committee, the parties agreed to dismiss Enron from the litigation entitled *The Official Committee of Unsecured Creditors of Heartland Steel, Inc., et al. on behalf of Heartland Steel, Inc. v. Enron* pending under cause no. 01-80081-FJO-11 in the Southern District of Indiana without prejudice. It is anticipated that Enron and the Committee will be executing the appropriate documentation for the dismissal within the next several days.

WHEREFORE, the Official Committee of Unsecured Creditors of Heartland Steel, Inc. notify file their notice of compliance with this Court's Order regarding the Committee's motion for relief from the automatic stay.

                                        DANN PECAR NEWMAN & KLEIMAN
                                        Professional Corporation

                  By:    /s/ William L. O'Connor
                            William L. O'Connor, #14925-22
                            Attorneys for Official Committee of
                            Unsecured Creditors of Heartland Steel, Inc.

DANN PECAR NEWMAN & KLEIMAN, P.C.
2300 One American Square
Box 82008
Indianapolis, IN 46282
(317) 632-3232