William L. O'Connor, Atty No. #14925-22
Jo Ann H. Mason, Atty No. #11627-71
DANN PECAR NEWMAN & KLEIMAN, P.C.
2300 One American Square
Box 82008
Indianapolis, IN   46282
Telephone:    (317) 632-3232
Facsimile:    (317) 632-2962

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | |
|  | ) | Chapter No. 11 |
| ENRON CORP., et al., | ) | |
|  | ) | Case No. 01-16034 (AJG) |
| Debtors. | ) | (Jointly Administered) |
|  | ) | |

## REQUEST FOR REMOVAL FROM SERVICE LIST

William O'Connor and Jo Ann Mason of the law firm Dann Pecar Newman & Kleiman, P.C. hereby request that they be removed from the service list in the above referenced case.

Respectfully submitted,

DANN PECAR NEWMAN & KLEIMAN, P.C.

/s/ William L. O'Connor
William L. O'Connor, #14925-22

DANN PECAR NEWMAN & KLEIMAN, P.C.
One American Square, Suite 2300, Box 82008
Indianapolis, IN   46282
(317) 632-3232
(317) 632-2962 (fax)