UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | : |
|  | : |
|  | : Chapter 11 |
| ENRON CORP., | : Case No. 01-16034 (AJG) |
| Debtor. | : |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 10809

PLEASE TAKE NOTICE that the Proof of Claim No. 10809 of State Street Bank and Trust Company of Connecticut, National Association, as Trustee under that certain Declaration of Trust dated as of December 13, 1991, with respect to claims arising under that certain Lease dated as of December 13, 1991 between Enron Corp. and the Trustee, which provided for the lease of commercial real estate located in Omaha, Nebraska, is hereby withdrawn with prejudice in accordance with the terms of a Court approved settlement of such claim.

Dated: Hartford, Connecticut
       April 18, 2003

                              Respectfully submitted,


                              By:    /s/Robert M. Borden
                                  Robert M. Borden, Esq.
                                  Bingham McCutchen LLP
                                  One State Street
                                  Hartford, CT  06103
                                  (860) 240-2700
                                  Attorney for State Street Bank and
                                  Trust Company of Connecticut,
                                  National Association, as Trustee

CTDOCS:1542189.2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
:
In re: : Chapter 11
:
ENRON CORP., : Case No. 01-16034 (AJG)
:
Debtor. :
:
----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                          ) SS:
COUNTY OF NEW YORK)

        Patricia A. Wright, being duly sworn deposes and says:

        1.     That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of Bingham McCutchen LLP with a place of business located at 399 Park Avenue, New York, New York 10022.

        2.     That on the 21st day of April, 2003, a true copy of **the Notice of Withdrawal Of Proof of Claim No. 10809** was served by first class mail upon those parties in interest at their addresses as indicated on the annexed Service List by depositing said document, duly enclosed in a first class postpaid and sealed wrapper, in an official depository duly maintained and operated by the Government of the United States of America, Borough of Manhattan, City of New York.

                                           /s/Patricia A. Wright
                                                Patricia A. Wright

Sworn to before me this
21st day of April, 2003

/s/Joyce Jackson
Notary Public, State of New York
No. 01JA5040249
Qualified in Queens County
Commission Expires March 6, 2007

NYDOCS:1047408.1

# SERVICE LIST

Albert Togut, Esq.
Neil Berger
TOGUT, SEGAL & SEGAL, LLP
One Penn Plaza, Suite 3335
New York, NY 10119

Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153

Lue A. Despins, Esq.
Sushell Kirpalani, Esq.
Wilbur F. Foster, Jr., Esq.
MILBANK, TWEED HADLEY & McCLOY, LLP
1 Chase Manhattan Plaza
New York, NY 10005

Mary Elizabeth Tom, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004