**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
In re
   In the Matter of

      ENRON CORP., ETAL.

         Debtor

Case No: 01-16034 (AJG)

----------------------------------------------------------------X

**NOTICE OF CONVENTIONAL FILING IN ECF SYSTEM:TRANSCRIPT OF HEARING**

Transcript of hearing held on      May 24Ex 2004

RE:     (Excerpt) decision to be rendered; motion by the Ad Hoc Committee of Yosemite/CLN Noteholders for an order determining that an adversary proceeding and/or "claims objection" seeking equitable subordination of certain claims is not an "objection to claim" requiring temporary allowance for voting procedures; opposition by debtors filed; joinder of the Official Committee of Unsecured Creditors to debtor' opposition filed; decision to be rendered; motion by JP Morgan Chase Bank for a determination that the filing of a pleading seeking the equitable subordination of a claim shall not, on that basis, deem such a claim a disputed claim for purposes on the fifth amended joint plan of affiliated debtors, etc.

The transcript of the above hearing has been filed with the Clerk's office,

        United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, New York 10004-1408

and is available for viewing in Room 511 during regular court hours.

Copies of the transcript may be purchased from:

        Veritext, LLC
        (212) 374-1138
        (212) 867-8220