UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x

In re:

ENRON CORP.

Debtor.

Chapter 11

Case No. 01-16034 (AJG)

---------------------------------------------x

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

1. TO: Heartland Energy Group, Inc. ("Transferor")
c/o Lynn Wickham Hartman, Esq.
Simmons, Perrine, Albright & Ellwood, P.L.C.
115 Third St S.E., Ste. 1200
Cedar Rapids, Iowa 52401-1266

2. Please take notice of the transfer of your claim number 14978, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim") to:

Quantum Partners LDC
c/o Soros Fund Management LLC
888 Seventh Avenue, Suite 3300
New York, New York 10106
Attention: Suzanne Auerbach-Compliance Dept.

3. No action is required if you do not object to the transfer of the Transferred Claim as described above. **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- - **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

- - **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE**

- - Refer to **INTERNAL CONTROL NO.____** in your objection.

4.	If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

		_____
		Clerk of the Court


**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____2004.
INTERNAL CONTROL NO._____
Copy Claims Agent:
Transferee:
Debtor's Attorney:




[ATTACH EVIDENCE OF TRANSFER]

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, HEARTLAND ENERGY GROUP, INC. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to QUANTUM PARTNERS LDC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its $203,550.00 claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), claim number 14978, against Enron Corp. (the "Debtor"), In re Enron Corp., Chapter 11 Case No. 01-16034 (AJG), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the related portion of any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law, with regard to such transfer of the claim, any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 15th DAY OF July, 2004.

HEARTLAND ENERGY GROUP, INC.

By: *[signature]*
Name: Charles Castine
Title: President

QUANTUM PARTNERS LDC

By: _____
Name:
Title:

134-461/court/281500.2

# EVIDENCE OF TRANSFER OF CLAIM

## TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, HEARTLAND ENERGY GROUP, INC. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to QUANTUM PARTNERS LDC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its $203,550.00 claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), claim number 14978, against Enron Corp. (the "Debtor"), In re Enron Corp., Chapter 11 Case No. 01-16034 (AJG), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the related portion of any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law, with regard to such transfer of the claim, any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 15th DAY OF July, 2004.

HEARTLAND ENERGY GROUP, INC.

By: _____
Name:
Title:

QUANTUM PARTNERS LDC

By: _[signature]_
Name: JODIE M. ANZALOTTA
Title: Attorney-in-Fact

134-461/court/281500.2