UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------x
                                           :
In re                                      :      Chapter 11
                                           :
ENRON CORP., et al.,                       :      Case No. 01-16034 (AJG)
                                           :
                                           :      Jointly Administered
                   Debtors.                :
----------------------------------------------------------------- x
```

**NOTICE OF HEARING FOR AN ORDER APPROVING DEBTORS'
VERIFIED SUPPLEMENTAL ESTIMATION OBJECTION WITH
RESPECT TO CLAIM NOS. 1408, 3497, 7536 AND 7537 FILED
BY EUELL ENERGY RESOURCES, INC., PURSUANT TO THE CLAIMS
ESTIMATION PROCEDURES (ESTIMATION OBJECTION NUMBER SEVEN)**

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") to consider the objection, dated August 23, 2004 (the "Objection")[1] of Enron Corp. ("Enron") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), for an order, pursuant to section 502(c) of title 11 of the United States Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), seeking entry of an order estimating claim nos. 1408, 3497, 7536 and 7537 filed by Euell Energy Resources, Inc., in these cases shall be held before the Honorable Arthur J. Gonzalez, United States Bankruptcy Judge, in Room 523 of the United States Bankruptcy Court (the "Bankruptcy Court"), Alexander Hamilton Custom House, One Bowling Green, New York, New York, 10004, on **January 6, 2005, at 10:00 a.m. (New York City Time)**.

**PLEASE TAKE FURTHER NOTICE** that the content, time for filing, and notice requirements with respect to responses or objections, if any, to the Objection

---

[1] Unless otherwise defined, capitalized terms used herein shall have the meanings ascribed to them in the Objection.

(the "Statement of Claim") must comply with the Order, Pursuant to Sections 105(a), 363(b) and 502(c) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 3018, 7042, and 9019, (1) Establishing Procedures to Estimate Unliquidated and Contingent Claims, (2) Establishing Procedures to Estimate Counterclaims, (3) Establishing Procedures to Compromise Claims and Counterclaims and (4) Fixing Notice Procedures and Approving Form and Manner of Notice (the "Estimation Order"), entered by the Bankruptcy Court on February 18, 2004, a copy of which attached to this Notice as its Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that, without in any way limiting or changing the requirements of the Estimation Order, the Estimation Order requires the following with respect to a Statement of Claim:

I. A Statement of Claim must be made in writing, conform to the Bankruptcy Rules, the Local Bankruptcy Rules for the Bankruptcy Court and the Estimation Order.

II. A Statement of Claim must be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), Wordperfect or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) and shall be served in accordance with General Order M-242 and upon: (1) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153,

Attention: Martin J. Bienenstock, Esq. and Brian S. Rosen, Esq. (Facsimile: 212-310-8007), counsel to the Debtors, (2) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attention: Mary Elizabeth Tom, Esq., (3) Davis, Polk & Wardell, 450 Lexington Avenue, New York, New York 10017, Attention: Donald S. Bernstein, Esq. and Marshall S. Huebner, Esq. (Facsimile: 212-450-3800), counsel for JP Morgan Chase Bank, as Agent, (4) Shearman & Sterling, 599 Lexington Avenue, New York, New York 10022, Attention: Douglas Bartner, Esq. and Fredric Sosnick, Esq. (Facsimile: 212-848-7179), counsel for Citicorp, as Agent, (5) Milbank, Tweed, Hadley & McCloy LLP, One Chase Manhattan Plaza, New York, New York 10005, Attention: Luc A. Despins, Esq. (Facsimile: 212-530-5219), counsel for the statutory creditors' committee, (6) Kronish Lieb Weiner & Helmann LLP, 1114 Avenue of the Americas, New York, New York 10036-7798, Attn: James A. Beldner, Esq., counsel to the Employment-Related Issues Committee, (7) counsel to any other committee appointed in the Debtors' chapter 11 cases; and (8) any person, or counsel if retained, appointed pursuant to 11 U.S.C. § 1104, so as to be actually received by no later than **5:00 p.m. (New York City Time) on September 27, 2004**.

    III.    A Statement of Claim must contain at a minimum the following information:

    (a)    a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case numbers and title of the Objection;

    (b)    a detailed explanation, and, if appropriate, itemization by amount of such Claimant's Claim; and

(c) the evidence to support the assertion of such Claim, including names of all person employed by or within the control of the Claimant, who are likely to have discoverable information relating to the Claim and any documents that the Claimant may rely upon in support of the Claim.

IV. A Statement of Claim should not include or attach the Claimant's timely filed proof of claim form and all of the documents attached that proof of claim as the proof of claim and all of the documents attached to that proof of claim shall be a part of the record for estimation purposes.

V. A Statement of Claim may not to exceed ten (10) pages in length (including the Statement of Claim form and any affidavits, declarations or statements), exclusive of documentary and statutory exhibits.

VI. A Statement of Claim that fails to specify an amount greater than $0.00 shall be deemed to be $0.00 for allowance and distribution purposes.

**PLEASE TAKE FURTHER NOTICE** that a form of Statement of Claim is attached to the Estimation Order as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that the Estimation Order limits the availability of discovery with respect to the Objection.

**PLEASE TAKE FURTHER NOTICE** that the Estimation Order limits the amount of time available at the Hearing for Enron and for holders of claims subject to the Objection.

**PLEASE TAKE FURTHER NOTICE** that only those responses that are timely filed, served and received will be considered at the Hearing.

**PLEASE TAKE FURTHER NOTICE that you need not appear at the Hearing if you do not object to the relief requested in the Objection.**

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned from time to time without notice to any creditor or other party in interest other than by announcement in open court at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the United States Bankruptcy Court for the Southern District of New York website at www.nysb.uscourts.gov/enron.html has the following available information: (a) the Enron calendar, (b) hearing agendas and (c) instructions for telephonic appearances. The Enron calendar and hearing agendas provide information regarding (i) the date and time when the Objection is scheduled for hearing, and (ii) whether the hearing has been adjourned to a later date.

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding anything to the contrary contained in this notice, the Estimation Order controls the process and requirements applicable to the Objection, a Statement of Claim, any discovery with respect to the Claim, the Hearing and any other matter addressed in the Estimation; **accordingly, please review the terms of the Estimation Order carefully as the terms of the Estimation Order govern the rights of the parties with respect to the Objection and any responses or objections to the Objection.**

**PLEASE TAKE FURTHER NOTICE** that any questions regarding the Objection or the treatment of any claim in particular should be directed to enronclaims@weil.com or at 214-746-7834 and not to the Clerk of the Bankruptcy Court.

Dated: New York, New York
       August 23, 2004

By:   /s/ Melanie Gray
      Martin J. Bienenstock (MB 3001)
      Brian S. Rosen (BR 0571)
      Melanie Gray (Pro Hac Vice)
      Martin A. Sosland (Pro Hac Vice)
      Weil, Gotshal & Manges LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007

      ATTORNEYS FOR DEBTORS AND
      DEBTORS IN POSSESSION