**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――――――― x
                                          :
In re                                     : Jointly administered
                                          :
ENRON CREDITORS                           :
RECOVERY CORP., *et al.*,                 : Chapter 11
                                          : Case No. 01-16034 (AJG)
                                          :
         Reorganized Debtors.             :
―――――――――――――――――――――――――――― x
                                          :
ENRON CREDITORS                           :
RECOVERY CORP., *et al.*,                 : Adversary Proceeding
                                          : No. 03-09266 (AJG)
         Plaintiffs,                      :
    v.                                    :
                                          :
CITIGROUP INC., *et al.*,                 :
                                          :
         Defendants.                      :
―――――――――――――――――――――――――――― x
                                          :
ENRON CREDITORS RECOVERY CORP.            :
f/k/a ENRON CORP.,                        : Adversary Proceeding
                                          : No. 03-92701 (AJG)
         Plaintiff,                       :
    v.                                    :
                                          :
CITIBANK, N.A., CITIGROUP GLOBAL          :
MARKETS, INC. f/k/a SALMON SMITH          :
BARNEY, *et al.*,                         :
                                          :
         Defendants.                      :
―――――――――――――――――――――――――――― x

```
─────────────────────────────────────────── x
                                            :
ENRON CREDITORS RECOVERY CORP. f/k/a        :
ENRON CORP.,                                :   Adversary Proceeding
                                            :   No. 05-01025 (AJG)
                                            :
                Plaintiff,                  :
        v.                                  :
                                            :
SPRINGFIELD ASSOCIATES, L.L.C. and          :
WESTPAC BANKING CORPORATION,                :
                                            :
                Defendants.                 :
─────────────────────────────────────────── x
                                            :
SPRINGFIELD ASSOCIATES, L.L.C.,             :
                                            :
                Third-Party Plaintiff,      :
                                            :
        v.                                  :
                                            :
CITIBANK, N.A.,                             :
                                            :
                Third-Party Defendant.      :
─────────────────────────────────────────── x
                                            :
ENRON CREDITORS RECOVERY CORP.              :
f/k/a ENRON CORP., et al.,                  :   Adversary Proceeding
                                            :   No. 03-93611 (AJG)
                Plaintiff,                  :
                                            :
        - against -                         :
                                            :
CITIGROUP, INC., CITIBANK, N.A., CITICORP   :
NORTH AMERICA, INC., and CITICORP USA,      :
INC.,                                       :
                                            :
                Defendants.                 :
─────────────────────────────────────────── x
```

|  | x |  |
|---|---|---|
| ENRON CREDITORS RECOVERY CORP., | : | |
| | : | |
| Plaintiff, | : | |
| | : | Adversary Proceeding |
| - against - | : | No. 03-92677 (AJG) |
| | : | |
| J.P. MORGAN SECURITIES, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | x | |

**ORDER HOLDING ALL PROCEEDINGS AND DEADLINES IN ABEYANCE WITH RESPECT TO CERTAIN ADVERSARY PROCEEDINGS AND CLAIMS OBJECTIONS PENDING COURT'S RULING ON MOTION OF REORGANIZED DEBTORS FOR ENTRY OF APPROVAL ORDER**

WHEREAS, the parties to various adversary proceedings have entered into a Global Settlement Agreement, dated April 4, 2008 (the "GSA"), that, *inter alia*, disposes of various litigations between them, including those captioned as *Enron Corp., et al. v. Citigroup Inc., et al.*, Adversary Proceeding No. 03-09266 (AJG), *Enron Corp. v. Citibank N.A., Citigroup Global Markets, Inc. (formerly Salomon Smith Barney, Inc.), J.P. Morgan Chase Bank and J.P. Morgan Securities, Inc.*, Adversary Proceeding No. 03-92701 (AJG), *Enron Creditors Recovery Corp. f/k/a Enron Corp., et al. v. Citigroup Inc., et al.,* Adversary Proceeding No. 03-93611 (AJG), *Enron Creditors Recovery Corp. f/k/a Enron Corp. v. Springfield Associates, L.L.C. and Westpac Banking Corporation*, Adversary Proceeding No. 05-01025 (AJG), *Enron Corp. v. Goldman, Sachs & Co., et al.*, Adversary Proceeding No. 03-92677 (AJG), solely as No. 03-92677 relates to defendants Citibank, N.A., Citi Institutional US Corporate & Mortgage Bond Fund, Citicorp Investment Management (Luxembourg) S.A. and Banco Nacional de Mexico, S.A., and the Omnibus Objection to Proofs of Claim, dated January 9, 2004, and any and all other related proceedings thereto (collectively, the "Outstanding Litigation"); and,

WHEREAS, in light of the proposed settlement, the parties thereto have agreed that in the interest of justice there should be no further proceedings, and that all dates scheduled in the aforesaid proceedings, and any motions or other deadlines, should be suspended and held in abeyance pending this Court's ruling on the Motion, dated April 7, 2008, of Reorganized Debtors For Entry of Approval Order Pursuant to Section 105 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 6004, and 9019, (A) Authorizing and Approving the Execution, Delivery, and Performance of Global Settlement Agreement with the Citigroup Entities, Delta, the Indenture Trustee, the CLN Trust Agent and the Trusts with Respect to the Global Resolution of Litigation and Claims, as Set Forth Therein, (B) Barring Contribution and Indemnity Claims Against Citigroup Entities Releasees and (C) Authorizing and Approving the Consummation of the Transactions Contemplated, which is scheduled for hearing on April 24, 2008 at 10:00 a.m. (the "9019 Motion").

Upon consideration of the foregoing, and after due deliberation thereon, and good and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

All proceedings, deadlines and pending motions in connection with the Outstanding Litigation shall be suspended and held in abeyance pending the Court's ruling on the 9019 Motion.

Dated: New York, New York
April 9, 2008

                                             **s/Arthur J. Gonzalez**
                                             HONORABLE ARTHUR J. GONZALEZ
                                             UNITED STATES BANKRUPTCY JUDGE