UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENRON CREDITORS RECOVERY CORP., | : | Case No. 01-16034 (AJG) |
| | : | |
| Debtors. | : | Jointly Administered |

----------------------------------------------------------x

## NOTICE OF FILING OF CLN DISTRIBUTION AGREEMENT PURSUANT TO SECTION 7.1(b)(ii) OF THE GLOBAL SETTLEMENT AGREEMENT

PLEASE TAKE NOTICE that on or about April 7, 2008, the above captioned reorganized debtors (the "**Reorganized Debtors**") filed the *Motion of Reorganized Debtors For Entry Of Approval Order, Pursuant To Section 105 Of The Bankruptcy Code And Federal Rules Of Bankruptcy Procedure 2002, 6004, And 9019, (A) Authorizing And Approving The Execution, Delivery, And Performance Of Global Settlement Agreement With The Citigroup Entities, Delta, The Indenture Trustee, The CLN Trust Agent And The Trusts With Respect To The Global Resolution Of Litigation And Claims, As Set Forth Therein, (B) Barring Contribution And Indemnity Claims Against Citigroup Entities Releasees And (C) Authorizing And Approving The Consummation Of The Transactions Contemplated Thereby* (the "**Motion**"), pursuant to which the Reorganized Debtors, among other things, seek entry of an order (i) authorizing and approving the execution, delivery, and performance by the Reorganized Debtors, for themselves and on behalf of each other Enron Entity, of that certain Global Settlement Agreement (the "**GSA**")[1] dated as of April 4, 2008, a copy of which is attached to the Motion, and (ii) authorizing and directing each of the Reorganized Debtors, the Debtors, and the Enron Entities to perform

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the respective meanings assigned to such terms in the GSA.

all of their obligations with respect to the GSA and to take such other actions and enter into such other agreements as may be necessary to carry out the terms and conditions of the GSA.

PLEASE TAKE FURTHER NOTICE that, pursuant to section 7.1(b)(ii) of the GSA, The Bank of New York, in its capacity as Indenture Trustee, hereby files a copy of the CLN Distribution Agreement, which is attached hereto as **Exhibit A**.

Dated: New York, New York
April 14, 2008

                        KASOWITZ, BENSON, TORRES
                                                                                                                                    & FRIEDMAN LLP

/s/ Richard F. Casher
David M. Friedman (DF 4278)
(dfriedman@kasowitz.com)
Richard F. Casher (RC 9185)
(rcasher@kasowitz.com)
David J. Mark (DM 9548)
(dmark@kasowitz.com)
Daniel N. Zinman (DZ 7562)
(dzinman@kasowitz.com)
1633 Broadway
New York, New York 10019
(212) 506-1700

SEWARD & KISSEL LLP
Ronald L. Cohen (RC 3897)
(cohen@sewkis.com)
One Battery Park Plaza
New York, New York 10004
(212) 574-1200

*Attorneys for The Bank of New York, as Indenture Trustee*

2