WEIL, GOTSHAL & MANGES LLP
Attorneys for the Reorganized Debtors
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Brian S. Rosen (BR 0571)
Melanie Gray (Pro Hac Vice)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11 Case No.
                                              :
ENRON CREDITORS RECOVERY CORP.                :   01-16034 (AJG)
f/k/a ENRON CORP., et al.,                    :
                                              :   Jointly Administered
              Reorganized Debtors.            :
-------------------------------------------------------------x
```

## FOURTH NOTICE OF DOCUMENTS IDENTIFIED FOR DISPOSAL

**PLEASE TAKE NOTICE** that, on August 30, 2007, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered an order (the "Order", Docket No. 31234) approving procedures (the "Document Disposal Procedures") for the disposal of certain documents from time to time in connection with the continued winding down of the businesses and chapter 11 cases of Enron Creditors Recovery Corp (f/k/a Enron Corp.) and certain of its affiliated reorganized debtor entities (collectively, the "Reorganized Debtors"). In summary, the Order allows the Reorganized Debtors, in the exercise of their business judgment, to dispose of any documents that they determine to be appropriate for disposal following ten (10) business days written notice, which notice must be served in accordance with the Court's Second Amended Case Management Order Establishing, Among Other Things, Noticing Electronic Procedures, Hearing Dates, Independent Website And Alternative Method of Participation at Hearing, dated December 17, 2002 (Docket No. 8403). A copy of the Order is attached hereto as Exhibit B.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, unless a written objection is filed and served in accordance with the terms of the Order, the Reorganized Debtors will dispose of the documents listed on Exhibit A, attached hereto.

**PLEASE TAKE FURTHER NOTICE** that, if an objection to this Notice is timely filed and served upon: (a) Weil, Gotshal & Manges LLP, 700 Louisiana, Suite 1600, Houston, Texas 77002, Attention: Melanie Gray, Esq., counsel for the Reorganized Debtors and (b) Enron Creditors Recovery Corp., 1331 Lamar, Suite 1600, Houston, Texas 77010, Attention: Wade Cline, Esq., General Counsel, so that such objection is actually received not later than ten

(10) business days from the date hereof, the Reorganized Debtors shall seek a hearing to consider the objection at the Court's earliest convenience.

Dated: New York, New York
       April 21, 2008

                                                By:     *s/ Melanie Gray*
                                                       Brian S. Rosen (BR 0571)
                                                       Melanie Gray (Pro Hac Vice)
                                                       WEIL, GOTSHAL & MANGES LLP
                                                       767 Fifth Avenue
                                                       New York, New York 10153
                                                       Telephone:  (212) 310-8000
                                                       Facsimile:  (212) 310-8007
                                                       ATTORNEYS FOR THE REORGANIZED DEBTORS

# EXHIBIT A

EXHIBIT A
FOURTH NOTICE OF DOCUMENTS IDENTIFIED FOR DISPOSAL

| COMPANY NAME | COMPANY/DOCUMENT DESCRIPTION | ORIGINAL LOCATION | PRESENT STORAGE LOCATION | NUMBER OF BOXES | GENERAL COMMENTS |
|---|---|---|---|---|---|
| Various Other | These boxes include documents related to the following: Oasis Pipeline Co., Enron Interstate Pipeline, Enron Liquid Services Corp., Enron Liquids Pipeline Co., Enron Gas Liquids, Enron Power Operating Co., Enron Louisiana Energy Co., Enron Gas Processing Co., Enron Liquids Pipeline (Operating Co.), EGP Fuels Co., Enron Operations Corp., Houston Pipeline (Accounting Entity); Enron Facility Services, Enron Energy Services, East Coast Power L.L.C., Enron Gas Supply Co., and Enron Teesside Operations Limited. | Houston, Texas | Shepherd Warehouse Houston, Texas | 1,070 | All documents are dated prior to November 30, 2001. |
| Bulk Storage Boxes (Farren & Long) | These boxes include documents related to the following: Houston Natural Gas, Internorth, Geoscience Associates, Transwestern Pipeline, Houston Pipeline, Intratex Gas Company, Valley Pipeline, Florida Gas Transmission Company, Northern Engineering/Mitsubishi, Oasis Pipeline, Enron Liquid Fuels, Enron Oil Trading & Transportation, Enron Power Corp., Enron Liquids Pipeline (Operating Company), Northern Natural Gas, COGEN, Enron Corp., Gas Processing Group, Enron Gas Processing Company, Enron Products Marketing Company, Panhandle Gas, Enron Gas Marketing, Enron Finance Corp., and Belco Petroleum. | Houston, Texas | Shepherd Warehouse Houston, Texas | 2,857 | Various Enron entities stored documents in a Stafford, Texas facility until 1994. At that point the documents were transferred to Farren & Long, a storage facility in Houston, Texas. There is no history of any retrievals of these boxes from the Farren & Long account once they were shipped there. All documents are dated prior to December 31, 1994. |
| EOG Resources, Inc. | EOG Resources, Inc. ("EOGR"), formerly known as Enron Oil & Gas Company, is a medium-size independent gas company with gas and oil wells. | Houston, Texas | Shepherd Warehouse Houston, Texas | 98 | In 1999 EOG Resources, Inc., formerly Enron Oil & Gas Company, adopted a new name and declared its independence from Enron Corp. These boxes represent the remaining boxes not transferred after the separation. |
| StarTrust Federal Credit Union | StarTrust Federal Credit Union was the Enron Federal Credit Union prior to bankruptcy. | Houston, Texas | Shepherd Warehouse Houston, Texas | 52 | In March of 2002, the Enron Federal Credit Union dropped the Enron name and changed its name to StarTrust FCU. |

EXHIBIT A
FOURTH NOTICE OF DOCUMENTS IDENTIFIED FOR DISPOSAL

| COMPANY NAME | COMPANY/DOCUMENT DESCRIPTION | ORIGINAL LOCATION | PRESENT STORAGE LOCATION | NUMBER OF BOXES | GENERAL COMMENTS |
|---|---|---|---|---|---|
| CrossCountry Energy LLC ("CCE") | Various companies that held interest in and operated several major North American natural gas pipelines. These included Transwestern Pipeline Company, Citrus Corporation, Florida Gas Transmission Company, CCE and Northern Border Pipeline Company. | Houston, Texas | Shepherd Warehouse Houston, Texas | 47 | Enron sold CCE in late 2004. In connection with the sale, and periodically thereafter, CCE representatives reviewed boxes and decided which ones they wanted and have taken those. These boxes represent the remaining boxes not transferred as well as the business trash related to these assets. |
| Northern Natural Gas Company ("NNG") | NNG was an interstate natural gas pipeline extending from the Permian Basin in Texas, to the upper Midwest. | Omaha, Nebraska and Houston, Texas | Shepherd Warehouse Houston, Texas | 1,775 | NNG was divested to Dynegy, Inc. in early 2002. In connection with the sale, and periodically thereafter, NNG representatives reviewed boxes and decided which ones they wanted and have taken those. These boxes represent the remaining boxes not transferred. |
| Prisma Energy International Inc. ("Prisma") | Prisma managed interests in international energy assets focused on transportation, distribution and generation of gas and electricity. | Houston, Texas | Shepherd Warehouse Houston, Texas | 6 | Prisma was sold to Ashmore Energy International Ltd. in late 2006. In connection with the sale, Prisma representatives reviewed boxes and decided which ones they wanted and have taken those. These boxes represent the remaining boxes not transferred as well as the business trash related to these assets. |

EXHIBIT A
FOURTH NOTICE OF DOCUMENTS IDENTIFIED FOR DISPOSAL

| COMPANY NAME | COMPANY/DOCUMENT DESCRIPTION | ORIGINAL LOCATION | PRESENT STORAGE LOCATION | NUMBER OF BOXES | GENERAL COMMENTS |
|---|---|---|---|---|---|
| Azurix | Azurix Corp. owned and operated facilities in North America (mainly Canada), Europe and South America. It was in the business of acquiring, owning, operating and managing water and wastewater assets, providing water and wastewater related services and developing and managing water resources. | Houston, Texas | Shepherd Warehouse Houston, Texas | 42 | Azurix Corp. was divested pursuant to Stock Purchase Agreement among Azurix Corp. as Seller, Enron Corp., Atlantic Water Trust and Enron Development Funding Ltd. as Stockholders, and Manta Group LLC, a Delaware LLC, as Purchaser, effective 12/15/2006. These boxes represent the remaining boxes as well as business trash related to the assets. |
| Enron Energy Services | These boxes include documents related to the following: Enron Energy Services, LLC. | Houston, Texas | Shepherd Warehouse Houston, Texas | 1,091 | All documents are dated prior to December 1, 2001. |
| Enron International | These boxes include documents related to the following: Enron Power Philippines Corp., Batangas Power Corp., Enron Subic Power Corp., Transportadora de Gas del Sur S.A., EcoElectrica L.P., Marianas Energy Company LLC, and Enron South America LLC. | Houston, Texas | Shepherd Warehouse Houston, Texas | 20 | All documents are dated prior to December 1, 2001. None of these boxes contain information relative to Cuiaba. |
| Enron Wind | Enron Wind was in the business of manufacturing electric turbines and owning and operating wind farms. | Houston, Texas | Shepherd Warehouse Houston, Texas | 414 | All documents are dated prior to December 31, 2000. |
| | | | | | |
| **TOTAL** | | | | **7,472** | |

**EXHIBIT B**

**ORDER**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                            :
In re                                                       :   Chapter 11 Case No.
                                                            :
ENRON CREDITORS' RECOVERY CORP.                             :   01-16034 (AJG)
f/k/a ENRON CORP., et al.,                                  :
                                                            :   Jointly Administered
          Reorganized Debtors.                              :
------------------------------------------------------------x
```

### ORDER GRANTING RELIEF FROM REORGANIZED DEBTORS' DOCUMENT RETENTION OBLIGATIONS AND APPROVING DOCUMENT DISPOSAL PROCEDURES

Upon consideration of the Motion of Reorganized Debtors for Relief from Their Document Retention Obligations and for Approval of Document Disposal Procedures, dated August 1, 2007 (the "Motion"),[1] filed by Enron Creditors Recovery Corp. (f/k/a Enron Corp.) and certain of its affiliated reorganized debtor entities (collectively, the "Reorganized Debtors"), seeking entry of an order granting relief from the Reorganized Debtors' document retention obligations and approving certain document disposal procedures; and it appearing that the relief requested in the Motion is in the best interests of the Reorganized Debtors, their estates, and their creditors; and notice of the Motion having been good and sufficient and no further notice of the relief requested in the Motion is required; and after due deliberation and cause appearing therefor, it is hereby

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that the Reorganized Debtors are authorized to dispose of the documents listed on Exhibit A to the Motion; and it is further

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that the Document Disposal Procedures are approved in all respects and the Reorganized Debtors are authorized to implement such procedures as follows:

a.  For each category or grouping of documents that the Reorganized Debtors determine, in the exercise of their business judgment, to be appropriate for disposal, the Reorganized Debtors shall file with the Court a notice identifying the categories or groupings of documents to be disposed of ("Document Disposal Notice") and shall serve such notice in accordance with the Court's Second Amended Case Management Order Establishing, Among Other Things, Noticing Electronic Procedures, Hearing Dates, Independent Website And Alternative Method of Participation at Hearing, dated December 17, 2002.

b.  The Document Disposal Notice shall be substantially in the form of the Document Disposal Notice attached as Exhibit B to the Motion and shall include a copy of this Order approving the Motion;

c.  If an objection to the Document Disposal Notice is filed and timely served upon, and actually received by, counsel to the Reorganized Debtors prior to the expiration of ten (10) business days from the filing of the Document Disposal Notice, the Reorganized Debtors will seek a hearing to consider the objection at the Court's earliest convenience; and

d.  If no objection is timely received, the Reorganized Debtors would be authorized to dispose of the categories or groups of documents listed in the Document Disposal Notice;

provided, however, that the Reorganized Debtors may not dispose of any documents subject to the Newby Depository Order without further relief from the Texas District Court; and it is further

ORDERED that the Reorganized Debtors are authorized to execute and deliver all instruments and documents, and take such other actions, as may be necessary or appropriate to implement and effectuate the Document Disposal Procedures as approved by this Order.

Dated: New York, New York
August 30, 2007

                        **s/ Arthur J. Gonzalez**
                        HONORABLE ARTHUR J. GONZALEZ
                        UNITED STATES BANKRUPTCY JUDGE